OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

UNITED STATES POSTAGE
PITNEY BOWES

02 1R
0006557458

$ 00.26⁵
FEB 25 2015
MAILED FROM ZIP CODE 78701

**2/11/2015**
**PERKINS, WINSTON**
Tr. Ct. No. 63092-A

WR-82,873-01

On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

WILLIS EVERETT SMITH
ATTORNEY AT LAW
1102 KINGWOOD DRIVE, #105
KINGWOOD, TX 77339

U T F

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

RAWBS3B 77339